## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| MATTHEW L. CHATHAM and | ) | |
| ERIN CHATHAM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-11473-IT |
| | ) | |
| DANIEL J. LEWIS and | ) | |
| CANTERBURY VENTURES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

### PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE

Plaintiffs Matthew and Erin Chatham (the "Chathams") hereby requests this Court set a Scheduling Conference to prepare this case for trial. This case involves the failure of Defendants Daniel J. Lewis and Canterbury Ventures, LLC ("Defendants") to construct a custom-designed and copyrighted house for the Chathams. The contract called for the house to be completed and closed on no later than March 13, 2017, yet this litigation (which was filed on August 9, 2017) lingers on to this day. All the while, the Chathams have been forced to live in temporary accommodations, placing many of their belongings in storage and live month-to-month in a rental house awaiting resolution.

Plaintiffs bring four counts in this case; copyright infringement, breach of contract, breach of the covenant of good faith and fair dealing, and violation of Mass. G.L. c. 93A. Defendants initially filed their Motion for partial Summary Judgment (dkt. 89) on August 31, 2018, and sought judgment on only three of the four counts – they did not seek judgment on the 93A claim. Summary judgment was fully briefed and argued by October 30, 2018. In his well-

reasoned Report and Recommendation on Defendants' Motion for Partial Summary Judgment (dkt. 177), Judge Cabell on September 12, 2019 denied Defendants' motion in its entirety.  In the interim, however, Defendants signed an 18-month lease with another family in secret, preventing the Chathams and the Court from discovering the lease until the tenants had already moved their belongings into the house.  Expressing an unwillingness to put this family out into the street, the Court partially denied Plaintiffs' requests for a restraining order and injunction.

The result of this is that Defendants, who knowingly built the house in accordance with Mr. Chatham's copyrighted plans, have now profited by leasing the infringing house at $4500 per month (*see* Lease, dkt. 159-1, at ¶ 4) despite having been told by their own counsel that they were not entitled to do so (*see* Ex. G to Affidavit of Daniel J. Lewis in Support of Defendants' Motion for Summary Judgment (dkt. 95-7)), all while the Chathams have been put to the expense of renting and litigating this matter.  Further delay will bring further harm to the Chathams, keeping them from the home that Mr. Chatham designed  for his wife and children and further interrupting their lives while permitting Defendants to further reap the proceeds of the lease that they should not lawfully have been permitted to execute.

Presently pending before this Court is Defendants' Objection to Report and Recommendation on Defendants' Motion for Partial Summary Judgment (dkt. 182); the issue is now fully briefed. Plaintiffs are confident that Defendants will be unsuccessful with their objections, and that the case will proceed to trial on all counts.  Whatever the Court's decision on summary judgment, however, trial will be necessary on at least Plaintiffs' 93A claim.  The only other outstanding/unresolved issue is Plaintiffs' request for sanctions for violating Court's June 12, 2018 Order and violating the requirement to timely supplement production as set forth in Plaintiffs' Renewed Request for Temporary Restraining Order (dkt. 159) and Plaintiffs'

[Proposed] Response to Defendants' Supplemental Memorandum Concerning Plaintiffs' Emergency Motion for Preliminary Injunction and Alleged Violation of Court Order (dkt. 171-1).  Plaintiffs seek sanctions sufficient to ensure Defendants' future compliance with the orders of the Court and the Federal Rules of Civil Procedure; Defendants have a proven record of non-compliance, as demonstrated by their having already been sanctioned once for failure to cooperate in discovery, and subsequently failing to supplement discovery with information concerning their attempts to lease the house until the issue was brought to the Court by Plaintiffs after discovering a moving van parked at the house in the Spring.  Plaintiffs seek sanctions in excess of $100,000, taking into account Defendants' repeated discovery failures, the time and expense these failures have cost the Chathams, and the $85,000 that Defendants stand to profit as a result of their withholding the lease information until it was too late for the Court to enter an injunction.  This motion does not need to be decided prior to arriving at a trial schedule.

The Chathams have now been living in rental quarters for more than two and a half years, and presently are in a month-to-month property that the owner intends to market and sell in the spring.  Plaintiffs ask this Court be as solicitous to preventing the Chathams from being thrown out in the street as the Court was towards the Carmichaels, the family who rented the subject house with full knowledge of the existence of this lawsuit, and set a schedule to move to trial and bring this case to a conclusion.

Dated:  November 7, 2019                    Respectfully submitted,

                                            MATTHEW L. CHATHAM and
                                            ERIN CHATHAM,

                                            By their attorneys,

                                             /s/ Thomas P. McNulty
                                            Thomas P. McNulty (BBO# 654564)
                                            John N. Anastasi (BBO# 566725)
                                            Nathan T. Harris (BBO# 675533)
                                            LANDO & ANASTASI, LLP
                                            Riverfront Office Park
                                            One Main Street, 11th Floor
                                            Cambridge, MA  02142
                                            Telephone:  (617) 395-7000
                                            Facsimile:  (617) 395-7070
                                            Email: emailservice@lalaw.com

                                            Paul R. Mordarski (BBO #561803)
                                            MORRISSEY, HAWKINS & LYNCH
                                            One International Place, Suite 3220
                                            Boston, MA 02110
                                            Telephone: (617) 748-5410
                                            Email: pmordarski@mhlaw.com


## CERTIFICATE OF SERVICE

        I certify that on November 7, 2019, I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF system, which automatically sends email notification of such filing
to registered participants.


                                             /s/ Thomas P. McNulty
                                            Thomas P. McNulty