# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW L. CHATHAM and <br> ERIN CHATHAM, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL J. LEWIS and <br> CANTERBURY VENTURES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-11473-IT <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE – CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

On November 7, 2019, Plaintiffs Matthew and Erin Chatham (the "Chathams") filed a Motion for Scheduling Conference (dkt. 184) that inadvertently omitted to include the Certification Pursuant to Local Rule 7.1(a)(2). I hereby certify pursuant to L.R. 7.1(a)(2) that counsel for Plaintiffs conferred with counsel for Defendants on November 1, 2019 in a good faith attempt to resolve or narrow the issues presented in the Motion, but the parties could not reach agreement.

Dated: November 12, 2019

Respectfully submitted,

MATTHEW L. CHATHAM and
ERIN CHATHAM,

By their attorneys,

 /s/ Thomas P. McNulty
Thomas P. McNulty (BBO# 654564)
John N. Anastasi (BBO# 566725)
Nathan T. Harris (BBO# 675533)

        LANDO & ANASTASI, LLP
        Riverfront Office Park
        One Main Street, 11th Floor
        Cambridge, MA  02142
        Telephone:  (617) 395-7000
        Facsimile:  (617) 395-7070
        Email: emailservice@lalaw.com

        Paul R. Mordarski (BBO #561803)
        MORRISSEY, HAWKINS & LYNCH
        One International Place, Suite 3220
        Boston, MA 02110
        Telephone: (617) 748-5410
        Email: pmordarski@mhlaw.com

## **CERTIFICATE OF SERVICE**

     I certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

        /s/ Thomas P. McNulty
        Thomas P. McNulty