UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW L. CHATHAM and<br>ERIN CHATHAM,<br><br>   Plaintiffs,<br><br>v.<br><br>DANIEL J. LEWIS and<br>CANTERBURY VENTURES, LLC,<br><br>   Defendants. | No. 17-cv-11473-IT |

ORDER
March 26, 2020

TALWANI, D.J.

After considering Magistrate Judge Cabell's March 11, 2020 Report and Recommendation [#191], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#191] as unopposed. Plaintiffs' Emergency Motion for Preliminary Injunction [#142] and Renewed Request for Temporary Restraining Order [#159] are DENIED as moot.

  IT IS SO ORDERED.

                 /s/ Indira Talwani
                 United States District Judge